1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TALIA FALK (NYBN 4944245)
   Special Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: talia.falk@usdoj.gov

8  Attorneys for the United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,           )   No. CR 12-00551 SBA
                                        )
14       Plaintiff,                     )
                                        )
15       v.                             )   STIPULATION CONTINUING
                                        )   SENTENCING DATE AND ORDER
16  JUAN CRUZ LOPEZ,                    )
                                        )
17       Defendant.                     )
                                        )
18

19       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

20  acceptance of plea and sentencing hearing date of May 15, 2013, presently scheduled at 10:00

21  a.m. before the Honorable Saundra Brown Armstrong, be vacated and the matter be re-set for

22  May 17, 2013 at 10:00 a.m.

23       The requested continuance is necessary because the Court inadvertently set the matter on

24  a date that the Government was scheduled to be out of town.

25  //

26  //

27  //

28  //

STIP. & PROPOSED ORD. RE STIPULATION TO CONTINUE SENTENCING
Nos. CR 12-00551 SBA

1  United States Probation Officer Connie Cook believes that she will be available should
2  the Court continue sentencing to May 17, 2013.
3
4  Date: April 25, 2013                              Respectfully Submitted,
5                                                    MELINDA HAAG
6
7                                                    _____/s/_____
                                                     TALIA FALK, Esq.
                                                     Special Assistant United States Attorney
8
9                                                    _____/s/_____
                                                     JOYCE LEAVITT, Esq.
10                                                   Counsel for Defendant Cruz Lopez
11
12  I hereby attest that I have permission of the parties to enter a conformed signature (/s/)
13  for all signatures within this e-filed document.
14
15
16                                         ORDER
17     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the acceptance of
18  plea and sentencing for the above-captioned matter, currently scheduled for Wednesday, May 15,
19  2013, at 10:00 a.m., shall be continued to Friday, May 17, 2013, at 10:00 a.m. before Honorable
20  Saundra Brown Armstrong.
21     SO ORDERED.
22
23  Date: April _26, 2013                            _Saundra B Armstrong_
                                                     HON. SAUNDRA BROWN ARMSTRONG
24                                                   UNITED STATES DISTRICT JUDGE

STIP. & PROPOSED ORD. RE STIPULATION TO CONTINUE SENTENCING
Nos. CR 12-00551 SBA